83,019-04

IN THE TEXAS COURT OF CRIMINAL APPEALS

CAUSE NO. 1443972

EX PARTE                    § REAL PARTY IN
Timothy Dewayne Wright
Applicant,
                           § INTEREST:

V.

MARK KENT ELLIS            § Timothy Dewayne Wright
OF 351ST District Court
OF HARRIS, COUNTY TEXAS

This document contains some
pages that are of poor quality
at the time of imaging.

Timothy Wright's Original APPLICATION FOR
WRIT OF HABEAS CORPUS PURSUANT TO
ART. 17.151, 1.051 F2-G OF THE TEX. CODE
CRIM. PROC. AND 6TH, 8TH, 14TH Sec. 2 OF
UNITED STATES CONSTITUTION. RECOGNIZING
REDUCED OR PERSONAL BAIL AND SELF-
REPRESENTATION.

To The Honorable Judges OF SAID COURT:
Comes Now, Timothy Dewayne Wright, EX PARTE,
and brings this his great writ of Habeas
Corpus. And in course of doing so, applicant
shall show this court the following.

## ARGUMENT

### I

On or about October 5TH, 2014, defendant Timothy D. Wright was driving a vehicle, and stopped from behind on the "freeway" at almost 12:00a.m (mid-night).

### II

By the stop being "pretex" because of why the stop was made, defendant immediately filed a motion to discover and inspection of evidence and motion to suppress evidence.

### III

Defendant has raised an issue concerning constitutional civil rights violations. Because the stop was based on a crack windsheild, in which a crack along is not a traffic violation of Tex. transportation Code unless its obstructs or decreases ones vision.

### IV

Following "pretex" stop, evidence was obtained as contraband. Defendant has filed another motion to suppress evidence along with writs of Habeus Corpuses which are on file with trial Court and also this Court.

### V

An exhibit has been provided to this Court

proof that a suppression hearing was set. But "Due Process" continues to be violated because defendant' liberty is rendered illegal restraint under evidence not be used against accused, if evidence was obtained illegally.

## VI

Also, ineffective assistance of counsel lies in attorney appointed by state or the court, has filed any motions or has not adopted any of clients motions or writs of Habeas Corpuses, so that defendant may be heard. (Due Process)

## VII

Again, the prosecution can never be ready for trial supported by the record and pictures and under evidence can not be used against accused if evidence was illegally obtained. Trial court and prosecution are aware of such and continues to ultimately violates defendant's "Due Process" by continuing illegal restraint, when such has caused finanicial injury and personal Bond under statue is mandatory. And defendant has and can show competentness that defendant can self-represent himself, as defendant has also been deprive the right to be heard for 14½ months. Which case should have been abolished 14½ months ago.

## ARGUMENT WITH AUTHORITIES

1.) The defendant has been incarcerated for 14½ months of the time this writ is filed. And since evidence can not be used against defendant because it was illegally obtained, the prosecutor representing the state can never be ready for trial, Art. 17.151 Sec. 1 states "a defendant who is detained in jail pending trial of an accusation against him must be released either on personal bond or by reducing the amount to bail required, if the state is not ready for trial of the criminal action for which he is being detained within (i) 90 days from the commencement of his detention if he is accused of a felony". And in this case, defendant is well over due. Brought to you by Tex. Code Crim. Proc. (V.T.C.A.)

2.) Defendant has for 14½ months experienced ineffective assistance of counsel and has not signed a agreable reset form since April 2, 2015 and has repeatedly requested to speak to Judge as constitutional right, but has been refused such right, Art. 1.051. (F-2)(6) Tex. Code Crim. Proc. states "If a defendant wishes to waive the right to counsel for purposes of entering a guilty plea or proceeding to trial, the court shall advise the defendant of the nature of the charges against the defendant and, if the defendant

is proceeding to trial, the dangers and disadvantages of self-representation. If the court determines that the waiver is voluntarily and intelligently made, the court shall provide the defendant with a statement substantially in the following form, which, if signed by the defendant, shall be filed with and become part of the record of the proceeding."

The trial court shows prejudice due to defendant knowing and action taken by defendant.

3.) United States Constitution 6TH Amend. States "In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury.

IN This case the trial court has set case for a suppression hearing back in August 21, 2015, and refuses to do so. So it is duly deemed that a trial would never manifest. 10-22-11-18-12-9 all 2015 and nothing but resets.

4.) United States Constitution 8TH Amend. States" Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted. Links to 13TH Amend Sec. 1 U.S.C. States" unless the party have been duly convicted of a crime shall exist in the United States shall or in any state subject to its jurisdiction.

IN This case the prosecution will never be ready for trial, suppression hearing or anything of such nature, and defendant is serving cruel time without being convicted.

5.) United STATES Constitution 14TH Amend sec. 7, states "All persons born or naturalized in the United STates, and subjected to the jurisdiction thereof, are citizens of the United STates and of the State wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without "due process" of law; nor deny to any person within its jurisdiction the equal protection of the laws."

Clearly, the trial Court as a whole, has no regard for life, liberty, or such of that nature and continues with Knowledge to deprive defendant of his "due process" by refusing to answer any motions, writs of Habeas Corpuses, bring defendant before court for a suppression hearing in which was set 8-21-2015 for 10-22-2015. Defendant was never called to court, but rather reset without Knowing. for 11-18-2015. The same thing occured and set for 12-9-2015 which defendant did get called to court, but attorney never showed. Now "due process" is futher prolonged unlawfully til 1-20-2015. Defendant has reasonable suspicion to believe based on proformance of trial Court, that another delay is soon to come.

## PRAYER

Wherefore, defendant, well as applicant prays that this Honorable Court grants this writ of Habeas Corpus, by granting the applicant relief from illegal restraint by ordering defendant to be released on a personal Bond on grounds that defendant is indigent, and trial court will not hold suppression hearing, because trial Court has knowledge that evidence can not be used against defendant, so infact trial Court can never be ready for trial. Plus, defendant is well over due of being entitled to due process for 14 1/2 months now. Defendant prays that this Honorable Court grant such relief immediately on such grounds provided, also other exhibits that are already on file with this court. Thank You for your time and or consideration.

## VERIFICATION

## UNSWORN DECLARATION

I, Timothy Dewayne Wright, Spn #01577948, being presently incarcerated at the Harris County Jail, in Harris County, Texas, declares under penalty of perjury that the foregoing instrument is true and correct to the best of my knowledge. Pursuant to Federal Law (28 U.S.C. 1746) and State Law (V.T.C.A.) Civil practice and Remedies Code 132.001-132.003.

Executed on this 10TH DAY OF December, 2015

_Timothy Dewayne Wright_
Signature of Applicant

IN THE TEXAS COURT OF CRIMINAL APPEALS

CAUSE NO. 1443792

EX PARTE                    § Real Party in

Timothy Dewayne Wright

Applicant,

                            § INTEREST:

V.


MARK KENT ELLIS            § Timothy Dewayne Wright

OF 351ST District Court

OF Harris County, Texas


CERTIFICATE OF SERVICE


The undersigned counsel below certifies that
a copy of writ of Habeas Corpus pursuant to
Art 17.151 Sec. 2, 1.051 F-2 (G) Tex. Code Crim. Proc. United
States Consti. 6TH, 8TH, 14TH Sec. 1 in the above cause number
1443972 by mail to The Texas Court of Criminal Appeals
on December 10TH, 2015.

Timothy Dewayne Wright

Signature of Applicant

Spn # 01577948 Cell G-EI-A

1200 Baker ST

Houston, Texas 77002

Prepared by: Applicant